AO 93 (Rev. 1/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.    20-3623
2231 Sunset Plaza Drive Los Angeles, CA 90069 )
)
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Central     District of     California    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     August 14, 2020     *(not to exceed 14 days)*
✔ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Honorable Karen L. Stevenson, U.S.M.J.    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    07/31/2020 3:14 pm                                  *Karen L. Stevenson*
                                                                              *Judge's signature*

City and state:    Los Angeles, California                    Hon. Karen L. Stevenson, U.S. Magistrate Judge
                                                              *Printed name and title*

AO 93 (Rev. 1 /13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20- 3623 | Date and time warrant executed: 08/03/2020 6:00 am | Copy of warrant and inventory left with: Farzad "Tony" Toutouni |
| Inventory made in the presence of : Special Agent Amir Lawal | | |
| Inventory of the property taken and name of any person(s) seized: 1. One (1) lemur and four (4) stuffed toy items. 2. Eighteen (18) cell phones: a. black iPhone (A1660) (BCG-E3085A) (574C-E3085A); b. black Samsung (cracked screen/damaged); c. black iPhone (A1660 (BCGE3085A) (579C-E3085A); d. white iPhone (cracked); e. black TCL; f. silver iPhone (A1688) (BCG-E2946A) (579C-E2946A); g. gold iPhone (cracked); h. silver iPhone (BCG-E2945A) (579-E294SA) (356596082005064); i. black Motorola; j. rose gold iPhone; k. dark gray Samsung with case (IMEI 359620100276072); l. black Samsung with case; m. silver iPhone (A1633)(BCG-E2946A)(579C-E2946A); n. silver iPhone (damaged); o. black iPhone; p. iPhone (damaged); q. peach iPhone 5 (model A1633) (BCG-E2946A) (579C-EZ946A); peach iPhone (BCGEZ816A) (579C-E2816A) (354409061820101). 3. One (1) laptop computer COZT68LVGTFL. 4. One (1) iMac computer COZKG5F7DNCW. 5. One (1) set of bank documents; 4 (four) pages. 6. One (1) Samsung portable SSD. 7. One (1) laptop computer H0CJ3D1. 8. One (1) cell phone – red. 9. One (1) cell phone – iPhone/charcoal/cracked. 10. One (1) cell phone – peach/cracked/iPhone. 11. One (1) cell phone – IMEI/Silver/354525111000962. 12. One (1) computer – D25JWZCNDNCR. 13. One (1) thumbdrive. 14. One (1) EOS C 300 Cannon Camera. Nothing follows. | | |
| **Certification** | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. Date:  09/09/2020 _Executing officer's signature_ Matthew Roberts, Special Agent _Printed name and title_ | | |